UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KAVEH KHAST,<br>　　Plaintiff,<br><br>　　　vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>　　Defendant. | ) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) | CASE NO. 5:20-cv-01528-JFW-SHK<br><br>**[PROPOSED]**<br>**JUDGMENT** |

　　The Court hereby approves the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrent with this Judgment of Remand, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: June 22, 2021

　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　HONORABLE SHASHI H. KEWALRAMANI
　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE